UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | Case No. 21-cv-2114 (KMM/JFD) |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| CAREBOURN CAPITAL, L.P., CAREBOURN PARTNERS, LLC *Relief Defendant,* and CHIP ALVIN RICE, | |
| Defendants. | |

_____

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff, United States Securities and Exchange Commission (the "SEC"), respectfully requests that the Court enter summary judgment as to liability in favor of the SEC and against Defendants Carebourn Capital, L.P. ("Carebourn") and Chip Rice (collectively "Defendants"), and Relief Defendant Carebourn Partners, LLC ("Carebourn Partners") on (1) the SEC's claim (Count I of the Complaint, ECF No. 1) that Defendants operated as unregistered dealers in violation of Section 15(a)(1) of the Securities Exchange Act of 1934; (2) the SEC's claim (Count II) that Relief Defendant Carebourn Partners received ill-gotten gains from Defendants' unregistered dealer activity; and (3) Defendant's First through Ninth affirmative defenses as set forth in their Answer (ECF No. 21).[1]  This motion is based on the SEC's Memorandum in support of the motion, the supporting declarations

---

[1] If the Court grants the SEC's motion for summary judgment, the SEC will respectfully request that the Court set a briefing schedule to decide the appropriate remedies.

and exhibits, the pleadings on file, and all files, records, and proceedings herein.

WHEREFORE, Plaintiff United States Securities and Exchange Commission respectfully requests that the Court grant its Motion for Summary Judgment against Defendants and Relief Defendant Carebourn Partners.

Dated: February 24, 2023	Respectfully submitted,

<u>s/ Timothy J. Stockwell</u>
Timothy J. Stockwell (D.C. Bar No. 484238)
Christopher H. White (IL Bar No. 6280031)
Charles J. Kerstetter (PA Bar No. 67088)

*Attorneys for Plaintiff U.S. Securities and Exchange Commission*

175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604
Telephone: (312) 596-6049
Fax: (312) 353-7398
stockwellt@sec.gov