UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

        Plaintiff,

v.

CAREBOURN CAPITAL, L.P.,
CAREBOURN PARTNERS, LLC
*Relief Defendant*, and CHIP ALVIN
RICE,

        Defendants.

Case No.: 21-cv-02114 (KMM/JFD)

---

## MOTION FOR LEAVE TO FILE
## AMICI CURIAE BRIEF IN SUPPORT OF DEFENDANTS
## ON CROSS MOTIONS FOR SUMMARY JUDGMENT

The Alternative Investment Management Association, Ltd. ("AIMA"), Trading and Markets Project, Inc. ("TMP"), and National Association of Private Fund Managers ("NAPFM") (collectively, "Amici") respectfully seek leave to file the accompanying brief as amici curiae in support of Defendants' motion for summary judgment and in opposition to Plaintiff's motion for summary judgment (together, "Cross Motions").

Amici's motion for leave is further supported by the accompanying memorandum of law.

Date: July 24, 2023

Jesse H. Kibort (MN Bar # 0328595)
Parker Daniels Kibort LLC
888 Colwell Building

Respectfully submitted,

*/s/ Gabriel K. Gillett*
*Gabriel K. Gillett (N.Y. Bar #5011705)
   *admitted *pro hac vice*
Jenner & Block LLP

1

| | |
|---|---|
| 123 North Third Street<br>Minneapolis, MN 55401<br>(612) 355-4100<br>kibort@parkerdk.com | 353 North Clark Street<br>Chicago, IL 60654<br>(312) 840-7220<br>ggillett@jenner.com |

*Counsel for Amici Curiae*