# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-3280

_____

United States Securities and Exchange Commission

Plaintiff - Appellee

v.

Carebourn Capital, LP; Carebourn Partners, LLC, Relief Defendant; Chip A. Rice

Defendants - Appellants

------------------------------

National Association of Private Fund Managers; Managed Funds Association; Alternative Investment Management Association, Ltd.; Trading and Markets Project, Inc.

Amici on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the District of Minnesota
(0:21-cv-02114-KMM)

_____

**JUDGMENT**

Before LOKEN, SHEPHERD and ERICKSON, Circuit Judges.

The order(s) on appeal are hereby vacated. The case is remanded to the district court for further proceedings in light of the recent action taken by the United States Securities and Exchange Commission on May 22, 2025, as detailed in the Motion to Remand.

June 20, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler