UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | Case No. 21-cv-2114 (KMM/JFD) |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE** |
| CAREBOURN CAPITAL, L.P., CAREBOURN PARTNERS, LLC *Relief Defendant,* and CHIP ALVIN RICE, | |
| Defendants. | |

_____

Plaintiff, United States Securities and Exchange Commission (the "SEC"), respectfully requests, based on the SEC's Memorandum in Support of its Motion to Voluntarily Dismiss Without Prejudice and the record in this case, that the Court dismiss this case without prejudice.

WHEREFORE, Plaintiff United States Securities and Exchange Commission respectfully requests that the Court grant its Motion to Voluntarily Dismiss Without Prejudice.

Dated: September 10, 2025

Respectfully submitted,

s/ Timothy J. Stockwell
Timothy J. Stockwell (D.C. Bar No. 484238)

*Attorney for Plaintiff U.S. Securities and Exchange Commission*

175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604

Telephone: (312) 596-6049
Fax: (312) 353-7398
stockwellt@sec.gov