# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiffs,<br><br>CAREBOURN CAPTIAL, L.P., CAREBOURN PARTIES, LLC Relief Defendant, and CHIP ALVIN RICE,<br><br>Defendants. | CASE NO. 21-CV-2114(KMM/JFD) |

## PROPOSED ORDER

This matter is before the Court on Defendants' Motion for Sanctions and Costs. Based on Defendants' submissions, and the entire file of this case:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants Carebourn Capital, L.P., Carebourn Partners, LLC, and Chip Rice are awarded their attorneys' fees and costs.

Defendants Motion for Sanctions and Costs is GRANTED. Defendants will have 14 days to submit their fee petition for review and the Commission will have 14 days from filing to submit any opposition.

**IT IS SO ORDERED.**

Dated: _____, 2025           _____
                                     KATE M. MENENDEZ
                                     United States District Judge

1